UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| MARTIN J. GALVIN, JR., ED.D, <br> Plaintiff <br><br> VS. <br><br> THE TOWN OF YARMOUTH, <br> PETER L. CARNES AND STEVEN XIARHOS <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

04-11958 RGS

MAGISTRATE JUDGE _____

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT**

   Pursuant to 28 U.S.C. §1441, defendants petition for removal of this action to the United States District Court for the District of Massachusetts. As grounds therefore, the defendants state as follows:

   1.   On or about July 6, 2004, the plaintiff filed this suit in the Barnstable Superior Court, Civil Action No. 04-401.

   2.   On August 23, 2004, the plaintiff's complaint was served upon the defendants. Attached as Exhibit A is a copy of the plaintiff's complaint.

   3.   This Court has original jurisdiction of this action because the plaintiff and the defendants are citizens of different states, as authorized by 28 U.S.C. §1332 and it is subject to removal under 28 U.S.C.§1441.

   4.   This Notice of Removal is being filed within the time period required by law, 28 U.S.C. §1446(b).

Respectfully submitted,

DEFENDANTS,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: September 8, 2004

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 9/8/04.

/s/ Leonard H. Kesten