UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11958-RGS

MARTIN J. GALVIN, JR., ED.D,
        Plaintiff

VS.

THE TOWN OF YARMOUTH,
PETER L. CARNES AND STEVEN XIARHOS
        Defendants

MAGISTRATE JUDGE _____

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter our appearance as counsel for the Defendants in the above-captioned action.

Respectfully submitted,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: September 8, 2004

I hereby certify that a true copy of the above document was served upon (the party appearing pro se and) the attorney of record for each (other) party by (hand) on 9/8/04.

/s/ Leonard H. Kesten