UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN J. GALVIN, JR., ED.D, <br>     Plaintiff <br><br> VS. <br><br><br> THE TOWN OF YARMOUTH, <br> PETER L. CARNES AND STEVEN XIARHOS <br>     Defendants | C.A. NO. 04-11958-RGS |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the Defendants in the above-captioned action.

                              Respectfully submitted,
                              Defendants,
                              By their attorneys,


                              /s/ Thomas P. Campbell
                              Thomas P. Campbell, BBO #564124
                              Brody, Hardoon, Perkins & Kesten, LLP
                              One Exeter Plaza
                              Boston, MA 02116
                              (617) 880-7100

Dated: October 22, 2004