UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11958-RGS

MARTIN J. GALVIN, JR., ED.D.,

    Plaintiff,

vs.

THE TOWN OF YARMOUTH, PETER L. CARNES AND STEVEN XIARHOS,

    Defendants.

## PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

The Plaintiff, Martin J. Galvin, Jr., Ed.D., hereby moves to continue the Scheduling Conference in this matter from January 24, 2005 to February 24, 2005, or until another date mutually convenient for this Honorable Court and counsel. In support of this motion, the Plaintiff states as follows:

1. Plaintiff's counsel is presently preparing for trial, which is scheduled to commence in Middlesex Superior Court on January 24, 2005; and

2. Defendants have assented to this motion.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court continue the Scheduling Conference in this matter until February 24, 2005, or another date mutually convenient for the Court and counsel.

| | |
|---|---|
| PLAINTIFF MARTIN J. GALVIN, JR., ED.D., | DEFENDANTS TOWN OF YARMOUTH, PETER L. CARNES AND STEVEN XIARHOS, |
| By his attorney, | Assented to by their attorneys, |
| */s/ Matthew P. Zayotti*<br>Matthew P. Zayotti, BBO #638265<br>Keegan, Werlin & Pabian, LLP<br>265 Franklin Street<br>Boston, Massachusetts 02110-3113<br>(617) 951-1400 | */s/ Thomas P. Campbell*<br>Thomas P. Campbell, III, BBO #564124<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza<br>Boston, Massachusetts 02116<br>(617) 880-7100 |

Dated: January 19, 2005