UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11958-RGS

MARTIN J. GALVIN, JR., ED.D.,

Plaintiff,

vs.

THE TOWN OF YARMOUTH, PETER L. CARNES AND STEVEN XIARHOS,

Defendants.

## JOINT STATEMENT

Pursuant to Local Rule 16.1, the Parties hereby propose the following Proposed Agenda for Scheduling Conference, Joint Discovery Plan and Schedule for filing motions:

I.  **PROPOSED AGENDA FOR SCHEDULING CONFERENCE**

   A.   The Parties' proposed joint discovery plan and schedule for dispositive motions.

   B.   The parties have not yet decided whether they will consent to a trial before a Magistrate Judge.

   C.   The Plaintiff is willing to go to mediation through an ADR program sponsored by the Federal District Court.

   D.   Pending and Other Motions.

II. **PROPOSED JOINT DISCOVERY PLAN AND SCHEDULE FOR DISPOSITIVE MOTIONS**

    A.    March 10, 2005: Plaintiff's Initial Disclosures to be completed on or before this date in accordance with Local Rule 26.2(A).

    B.    January 24, 2006: All discovery, including depositions of non-expert witnesses shall be completed on or before this date.

    C.    January 24, 2006: The Plaintiff shall provide expert witness disclosures in accordance with Fed. R. Civ. P. 26(a)(2) on or before this date.

    D.    February 24, 2006: The Defendants shall provide expert witness disclosures in accordance with Fed. R. Civ. P. 26(a)(2) on or before this date.

    E.    March 31, 2006: Expert witness depositions, if any, shall commence.

    F.    April 30, 2006: Close of discovery.

    G.    May 31, 2006: Dispositive motions to be filed, with oppositions to be filed by June 30, 2006.

    H.    July 31, 2006: Final Pretrial Conference and Trial Date to be set by the Court.

III. **PENDING MOTIONS**

Defendants' Motion for the Production of State and Federal Criminal Record of the Plaintiff.

IV. **OTHER MOTIONS**

The Plaintiff anticipates filing a Motion for Leave to Amend his Complaint.

V. **CERTIFICATION BY COUNSEL**

The parties will separately file certifications pursuant to Local Rule 16.1(D)(3).

| | |
|---|---|
| PLAINTIFF MARTIN J. GALVIN, JR., ED.D., | DEFENDANTS TOWN OF YARMOUTH, PETER L. CARNES AND STEVEN XIARHOS, |
| By his attorney, | By their attorney, |
| *[signature]* | *[signature]* |
| Matthew P. Zayotti, BBO #638265<br>Keegan, Werlin & Pabian, LLP<br>265 Franklin Street<br>Boston, Massachusetts 02110-3113<br>(617) 951-1400 | Thomas P. Campbell, BBO #564124<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza<br>Boston, Massachusetts 02116<br>(617) 880-7100 |

Dated: February 2̲1̲, 2005