UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 22 P 3:04
U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NO. 04-11958-RGS

MARTIN J. GALVIN, JR., ED.D.,

Plaintiff,

vs.

THE TOWN OF YARMOUTH, PETER L. CARNES AND STEVEN XIARHOS,

Defendants.

## PLAINTIFF'S CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the Plaintiff, Martin J. Galvin, Jr., Ed.D., and his Counsel, hereby certify that they have conferred with a view toward establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Martin J. Galvin, Jr., Ed.D.

_____
Matthew P. Zayotti, BBO# 638265
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, MA 02110-3113
(617) 951-1400

Dated: February 18, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 2/18/05

_____
Matthew P. Zayotti