UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN J. GALVIN, JR., ED.D, )
    Plaintiff )
)
VS. ) C.A. NO. 04-11958-RGS
)
)
THE TOWN OF YARMOUTH, )
PETER L. CARNES AND STEVEN XIARHOS )
    Defendants )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Peter L. Carnes

Dated: 3/11/05

Respectfully submitted,
Defendants
By their attorney,

_____
Leonard H. Kesten, BBO # 542042
Thomas P. Campbell, BBO #564124
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN J. GALVIN, JR., ED.D, )
         Plaintiff )
)
VS. )   C.A. NO. 04-11958-RGS
)
)
THE TOWN OF YARMOUTH, )
PETER L. CARNES AND STEVEN XIARHOS )
         Defendants )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Steven Xiarhos

Dated: 2/24/05

Respectfully submitted,
Defendants
By their attorney,

_____
Leonard H. Kesten, BBO # 542042
Thomas P. Campbell, BBO #564124
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN J. GALVIN, JR., ED.D, )
        Plaintiff )
 )
VS. ) C.A. NO. 04-11958-RGS
 )
 )
THE TOWN OF YARMOUTH, )
PETER L. CARNES AND STEVEN XIARHOS )
        Defendants )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                                     Respectfully submitted,
                                                     Defendants
                                                     By their attorney,

_____              _____
Robert C. Lawton, Jr.                          Leonard H. Kesten, BBO # 542042
Town Administrator                             Thomas P. Campbell, BBO #564124
Town of Yarmouth                               Brody, Hardoon, Perkins & Kesten, LLP
                                                     One Exeter Plaza
                                                     Boston, MA  02116
                                                     (617) 880-7100

Dated: 2/25/05