UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11958-RGS

| | |
|---|---|
| MARTIN J. GALVIN, JR. ED.D., <br> Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) <br> ) |
| THE TOWN OF YARMOUTH, <br> PETER L. CARNES AND STEVEN XIARHOS, <br> Defendants. | ) <br> ) <br> ) |

### DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

The defendants hereby request leave of court to file the attached memorandum of law in excess of twenty pages.

Pursuant to Local Rule 7.1(B)(4), the defendants report that their Memorandum of Law in support of their motion for summary judgment is twenty-two pages in length. The Memorandum addresses seven counts filed against three defendants. It includes a concise statement of the undisputed material facts, it is not excessive in length, it is submitted in good faith, and its contents are not repetitious or obfuscatory.

Wherefore, the defendants hereby request leave of court to file the attached memorandum of law in excess of twenty pages.

                                            Respectfully Submitted,
                                            Defendants,
                                            By their attorneys,

                                            /s/ Thomas P. Campbell
                                            Thomas P. Campbell, BBO# 564124
                                            Brody, Hardoon, Perkins & Kesten, LLP
                                            One Exeter Plaza
                                            Boston, MA 02116
                                            (617) 880-7100

Dated:  March 30, 2006