UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11958-RGS

MARTIN J. GALVIN, JR. ED.D., )
    Plaintiff )
 )
v. )
 )
THE TOWN OF YARMOUTH, )
PETER L. CARNES AND STEVEN XIARHOS, )
    Defendants. )

## AFFIDAVIT OF COUNSEL

I, Thomas P. Campbell do hereby depose and state as follows:

1. My name is Thomas P. Campbell and I am counsel of record for the defendants in the above-captioned case.

2. I hereby attach the following exhibits to the Defendant's Motion For Summary Judgment:

   Tab 1. Amended Complaint;

   Tab 2. Deposition of plaintiff Martin Galvin (selected excerpts);

   Tab 3. Facsimile sent by Lt. Xiarhos to Waterbury Public Schools;

   Tab 4. Deposition of Dr. David Snead (selected excerpts);

   Tab 5. Transcript of Galvin v. Galvin (selected excerpts);

   Tab 6. Dissolution of Marriage Judgment, Docket No. FA-00-0158162;

   Tab 7. Randal Edgar, Wilby, Crosby put on notice – Regional board says standards not being met, Waterbury Republican-American 1A (Apr. 18, 2002);

   Tab 8. Cindy F. Crawford and Robyn Adams, Wilby principal removed, Waterbury Republican-American 1A (Apr. 24, 2002); and

        Tab 9. May 8 and May 20, 2002 letters between the plaintiff and Dr. Snead.

3.     The foregoing exhibits are true and accurate copies of pleadings, testimony, deposition exhibits or copies of official court records in the underlying divorce proceeding.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30TH DAY OF MARCH, 2003.

                                                  _Thomas P. Campbell_
                                                  Thomas P. Campbell