424 Route 28, West Yarmouth, MA 02673
Phone: 508.775.0445 ext. 115
Fax: 508.862.2721

**Office of the Chief**
**Yarmouth Police**
**Department**

# Fax

To: _Mr. Frank Lombardo_   From: Chief Peter L. Carnes / _Lt. Xiarhos_

Fax: _____   Pages: _9_

Phone: _____   Date: _____

Re: _Martin J. Galvin Jr._

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ See Attached

● Comments:

## CONFIDENTIAL

### ***LAW ENFORCEMENT USE ONLY***

The documents accompanying this fax transmission contains information from the Yarmouth Police Department which may be CONFIDENTIAL AND/OR PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any misuse of this information is strictly PROHIBITED.

"COMMITTED TO OUR COMMUNITY"

DEFENDANT'S
EXHIBIT
6
LAB  2.8.6

Wtby000002

# YARMOUTH POLICE DEPARTMENT
## "Committed To Our Community"
424 Route 28 West Yarmouth, Massachusetts 02673-4796
Telephone (508) 775-0445 - Fax (508) 775-4997
www.yarmouthpolice.com

Peter L. Carnes
Chief of Police

## Steven G. Xiarhos
### Lieutenant

**CONFIDENTIAL**

TO: All Sergeants and Officers
FROM: Lt. Steven Xiarhos
RE: MARTIN J. GALVIN JR.
DATE: 7/5/01

### INCIDENT SYNOPSIS

Martin J. Galvin Jr. has been harassing the Nickinello family again. On Wed 7/4/01 at 1930, Galvin went to Patrol Officer Nickinello's home and made threats and vandalized some property. Galvin was heavily intoxicated and was verbally abusive to both of Patrol Officer Nickinello's daughters.

YPD responded and placed Galvin in protective custody.

Galvin is an alcohol abuser with 2 previous OUI arrests by YPD.

Please keep watch of the Nickinello property and be alert for Mr. Galvin.

See report 2001014939 7/4/01 for additional details.

Waterbury PD contacted. Galvin is Wilby High School principal in Waterbury.

### DESCRIPTION OF SUBJECT

MARTIN J. GALVIN JR. WM AGE 56
5-10 180 SALT/PEPPER HAIR AND BEARD
21 Coniston Ave Waterbury, CT

Possible Local Address:
Room 2 Riverview Annex SY
46 Eldredge Rd SY

**Galvin has *no* active MA or CT driver license**

**Galvin has active CT License to Carry**



# YARMOUTH POLICE DEPARTMENT
## INCIDENT REPORT

**CONFIDENTIAL**


(ORIGINAL stamp)

Offense Type:
Weapon?:
Weather:

CFS#: 2001014939    Disposition:

| Actual Offense | Date Occurred between: | Time Occurred between: |
|---|---|---|
| THREAT TO COMMIT CRIME | Wed, Jul 4, 2001 and Wed, Jul 4, 2001 | 19:30 - 20:00 |

| Additional Offenses | Date Received: | Time Received: | Geocod |
|---|---|---|---|
| MAL DESTRUCTION/VANDALISM | 05-Jul-01 Thu | 9:43 AM | |

| Address Info: | Business: | Town: |
|---|---|---|
| 424 Route 28 | YPD | Yarmouth |

## Person Data

| Type Of Person: | Last Name: | FirstName: | Middle Init: | DOB: | Age: | SSN: |
|---|---|---|---|---|---|---|
| Reporting Party | Nickinello Jr | Louis | | 09/03/63 | 37 | |

| Address: | City: | St: | Zip: | Phone: | Occupation: |
|---|---|---|---|---|---|
| 47 Mattachee Rd | South Yarmouth | MA | 02664 | | Police Officer |

Work Address:    Work Phone:

| Race: | Gender: | Height: | Weight: | Hair: | Eye: | Build: | Complexion: |
|---|---|---|---|---|---|---|---|
| White | Male | 5-11 | | | | | |

| Type Of Person: | Last Name: | FirstName: | Middle Init: | DOB: | Age: | SSN: |
|---|---|---|---|---|---|---|
| Suspect | Galvin | Martin | Joseph | 03/06/45 | 56 | 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 |

| Address: | City: | St: | Zip: | Phone: | Occupation: |
|---|---|---|---|---|---|
| 21 Coniston Ave | Waterbury | CT | 06708 | (203) 753-5390 | Principal |

Work Address: Wilby High School Ct    Work Phone:

| Race: | Gender: | Height: | Weight: | Hair: | Eye: | Build: | Complexion: |
|---|---|---|---|---|---|---|---|
| White | Male | 5-10 | 180 | Salt & Pepper | Blue | Medium | Fair |

| Type Of Person: | Last Name: | FirstName: | Middle Init: | DOB: | Age: | SSN: |
|---|---|---|---|---|---|---|
| Victim | Patruzzi | Joseph | T | 06/02/44 | 57 | |

| Address: | City: | St: | Zip: | Phone: | Occupation: |
|---|---|---|---|---|---|
| 173 Kendall Cir | Waterbury | CT | 06708 | (203) 575-9552 | |

Work Address:    Work Phone:

| Race: | Gender: | Height: | Weight: | Hair: | Eye: | Build: | Complexion: |
|---|---|---|---|---|---|---|---|
| White | Male | | | | | | |

| Type Of Person: | Last Name: | FirstName: | Middle Init: | DOB: | Age: | SSN: |
|---|---|---|---|---|---|---|
| Victim | Nickinello Sr | Louis | R | 09/08/40 | 60 | |

| Address: | City: | St: | Zip: | Phone: | Occupation: |
|---|---|---|---|---|---|
| 113 Pleasant St | South Yarmouth | MA | 02664 | (508) 394-8158 | |

Work Address:    Work Phone:

| Race: | Gender: | Height: | Weight: | Hair: | Eye: | Build: | Complexion: |
|---|---|---|---|---|---|---|---|
| White | Male | | | | | | |

| Type Of Person: | Last Name: | FirstName: | Middle Init: | DOB: | Age: | SSN: |
|---|---|---|---|---|---|---|
| Witness | Giglio | Robert | | | | |

| Address: | City: | St: | Zip: | Phone: | Occupation: |
|---|---|---|---|---|---|
| 44 Mattachee Rd | South Yarmouth | MA | 02664 | (508) 398-4403 | |

Work Address:    Work Phone:

| Race: | Gender: | Height: | Weight: | Hair: | Eye: | Build: | Complexion: |
|---|---|---|---|---|---|---|---|
| White | Male | | | | | | |

| Type Of Person: | Last Name: | FirstName: | Middle Init: | DOB: | Age: | SSN: |
|---|---|---|---|---|---|---|
| Witness | O'shea | Alfred | | | | |

| Address: | City: | St: | Zip: | Phone: | Occupation: |
|---|---|---|---|---|---|
| 50 Mattachee Rd | South Yarmouth | MA | 02664 | (508) 398-5448 | |

Work Address:    Work Phone:

| Race: | Gender: | Height: | Weight: | Hair: | Eye: | Build: | Complexion: |
|---|---|---|---|---|---|---|---|
| White | Male | | | | | | |

## Property Data

| Status: | | Description: |
|---|---|---|
| Damaged/Destroy | Patruzzi, Joseph | White Plastic Patio Chair: Destroyed |
| Serial Number | Make: | Model:    Value: |

| Status: | | Description: |
|---|---|---|
| Damaged/Destroy | Nickinello Sr, Lou | stockade fence: gouged up |
| Serial Number | Make: | Model:    Value: |

## Motor Vehicle Data

| Officer Responding | Time Dispatched: | Time Arrived: | Time Cleared: | Off2: |
|---|---|---|---|---|
| Sgt. K. McIsaac | | 9:44 AM | | Off3: |

| Reporting Officer: | | Signature: |
|---|---|---|
| Supervisor | Sgt. K. McIsaac | Signature: |

Reviewed By:    Referred To:    Assigned To    Copies To:    Status

# CONFIDENTIAL



# YARMOUTH POLICE DEPARTMENT
## OFFICER'S REPORT

Original CFS#: 2001014939    Actual Offense THREAT TO COMMIT CRIME

Date Received: 05-Jul-01   Thu   Name of Place:              St#: Address:
Time Received: 9:43 AM                                        424  Route 28

Additional Offenses                    Suspect Name(s):
MAL DESTRUCTION/VANDALISM

Officer Responding         Time Dispatched:  Time Arrived:  Time Cleared:
Sgt. K. McIsaac                              9:44 AM

**Narrative:**

On this date I was discussing with Officer Nickinello the incident involving the suspect and the events that led up to him being placed into protective custody last night at approx. 2000 hrs (incident #2001014887). I advised Officer Nickinello to file a written complaint regarding it. He relayed the following information to me.
At approximately 1930 hours Officer Nickinello was off-duty at home. He was cooking food on his barbecue grill in the back yard with his two daughters, Francesca (age 9) and Paige (age 8). He heard a loud banging noise coming from the north side of his property on the other side of his fence. This fence separates his property with that of his neighbor's: Joe Petruzzi, 41 Mattachee rd. Officer Nickinello went to see what it was and saw the suspect, Martin Galvin, striking the fence with an object later identified as a white plastic lawn chair belonging to Mr. Patruzzi. He recognized Mr. Galvin from being a former neighbor and family friend. He yelled to Mr. Galvin to stop hitting the fence. Mr. Galvin replied be yelling back: "fuck you, fuck you Lou." He continued to yell at Officer Nickinello such things as "I'll get you. You will get yours. Fuck you." Officer Nickinello told him to stop swearing in front of his daughters. Mr. Galvin replied by saying: I don't care about your goddamn daughters."
Officer Nickinello reminded Mr. Galvin that he is a principal and that she should respect himself and his position and go home. Mr. Galvin stated " Fuck my position." He continued to swear at Officer Nickinello and blaming him for ruining his life. Officer Nickinello told Mr. Galvin to go home or he would call the police. Two neighbors, Robert Gigilo of 44 Mattachee Rd and Alfred Oshea of 50 Mattachee Rd heard the disturbance and came over to try to calm Mr. Galvin down and get him to go home. Mr. Galvin said "fuck you" to them as well. At about this point, Mr. Galvin's brother, Dennis Galvin approached from his rental home on the next street over on Eldridge Rd, directly behind 41 Mattachee Rd. Mr. Giglio and Mr. O'Shea told Dennis to bring his brother home. Officer Nickinello reported the incident to the police. Officer Tom Hennessey and David Dickey responded to investigate. They went to Eldridge Rd to speak to Martin Galvin. They found him in a highly intoxicated state in the front yard and placed him into protective custody.
Mr O'Shea later told Officer Nickinello that Martin Galvin had showed up, highly intoxicated, and uninvited at a 4th of July party he was having at his house at 50 Mattachee Rd. Mr. Giglio saw Mr. Galvin hitting the fence with a plastic patio chair. There was only minor damage in the form of gouges in the fence, owned by Louis Nickinello Sr. But the lawn chair was destroyed. Mr. Patruzzi, the owner of the chair was called at his home in Connecticut and informed of the damage.
The animosity demonstrated by the suspect is believed to stem from a civil action over the property at 47 Mattachee rc. between Mr. Galvin and Louis Nickinello Sr, that was settled in court in Mr. Nickinello's favor. Throughout the two year period in which the civil proceeding went on, there were numerous other incidents of vandalism and malicious destruction to properties owned by Mr. Nickinello Sr.

Officer Writing Report:                                       Date of Report:
Signature                    **CONFIDENTIAL**

| CFS#: 2001014887 | **Yarmouth Police Department** | Arrest Date: 7/4/01 | Arrest Time: 20:15 |
|---|---|---|---|
| TYAR 209A Involved?: Citation # | **Protective Custody** | Booking Date / Time: 7/4/01 | 20:18 |

Arr. Location: Eldridge Rd South Yarmouth    Inc Location: Mattakesse Rd South Yarmouth

| Last Name: Galvin | First Name: Martin | Middle Name: Joseph | Age: 56 | Race: White | CONFIDENTIAL |
|---|---|---|---|---|---|
| Alias: None | Birthplace: Waterbury Ct | | | Gender: Male | |
| Address: 21 Coniston Ave | City: Waterbury | | State: CT | Complexion: Fair | NO Picture |
| SSN: 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 | DOB: 3/6/45 | Phone: (203) 753-5390 | Zip: 06708 | Hair: White | |
| ID Marks: Dark birthmark on left leg | | | | Facial Hair: Mustache | nopix.bmp |
| Other Description: | | | Glasses?: | Eyes: Blue  Build: Medium  Handed: Right  Ht: 5-10  Wt: 180 | |
| Clothing: Tee Shirt, Dockers | | MaritalStatus: Separated | | Gang Affiliation: none | Medication Prescribed: zentel |

Mother's Maiden Name: Joyce
Father's Name: Martin
Spouse:

Property: Brown Wallet With Contents, Pager, Brown Belt, Shoes     Paper Money $150.00

The above is the list of my property:
I have received the above listed property: [signature]

| Arresting Officer: Off. T. Hennessey | Reporting Officer: Off. T. Hennessey | Booking Officer: Off. C. Zahigian |
|---|---|---|
| Searched By: Off. C. Zahigian | Put In Cell By: Off. C. Zahigian | Cell#: 1 | Informed Of Rights: | Fingerprinted?: No |
| Breathalyzer Given? Yes | Results: .21/.15/.21 | Breathalyzer Operator: Sgt. F. Hennessey |

Have you ever attempted Suicide?    Are you contemplating suicide now?
no                                  No                           Wtby000007

| Detox Notified?: | Taken to Detox?: | Detox Telephone Number: | | |
|---|---|---|---|---|
| Yes | No | 771-6640 | | |

| Injured | Type of Injury | Offered Med Atten | Name of Hospital: | Type of Force?: | Injury Due to Force?: |
|---|---|---|---|---|---|
| No | | | | | |

| Occupation: | Company Name: | Work/School Address: | School/Work Phone: |
|---|---|---|---|
| High Principal | Wilby H>s | Waterbury, Ct | (203) 574-8102 |

Ch. 276-33a Right to a telephone: The police official in charge of the station or other place having a telephone wherein the person is held in custody, shall permit the use of the telephone at the expense of the arrested person, for allowing the arrested person to communicate with his/her family or friends, or arrange for release on bail, or engage the services of an attorney. Any such person will be informed forthwidth upon his arrival at such station or place of detention, of his right to use the telephone, and shall be permitted within one hour thereafter.

I have been advised of my rights to use a phone:

PhoneUsed: No   PhoneUsedTime:

The Yarmouth Police Department will not hold a juvenile for court if the period of his/her detention will exceed six (6) hours. If the juvenile is ordered to be held for more than six (6) hours, a juvenile detention facility must be called and the juvenile must be transported accordingly. There are NO EXCEPTIONS to this rule.

**JUVENILE DATA**

| Adult Notified | Relationship: | Adult Address: | Adult Phone: |
|---|---|---|---|
| | | | |

| Notified By: | Date: | Time: | Juvenile Probation Officer: | DSS: |
|---|---|---|---|---|

| Date Juv. Placed in Cell: | Time Juv. Placed in Cell: | Date Juv. Out of Cell: | Time Juv. Out of Cell: | Total Time: |
|---|---|---|---|---|

| BOP Done?: | Q2 Results: | Q5 Results: | Q5 Number: | Court: |
|---|---|---|---|---|

| Disposition: | Bailed By/Released To: | Released By: | Date Released: | Time Released: |
|---|---|---|---|---|
| Released | | KDM 1593 | 7/5/01 | 0900 |

Comments At Time of Booking:

**CONFIDENTIAL**

Wtby000008



Galvin, Martin J    7-4-01
# 2001014887

CONFIDENTIAL

Wtby000009

# Yarmouth Police Department Dispatch Log

| Date Rec. | Time Rec. | CFS #: | Dispatcher | Shift Supervisor | Shift | |
|---|---|---|---|---|---|---|
| Jul 04, 2001 | 19:54 | 2001014887 | Off. D. Mason | Sgt. F. Hennessey | E | How received? |

| Code | Reported Incident | Actual Incident |
|---|---|---|
| 650 | INTOXICATED PERSON | INTOXICATED PERSON |

| Name of Place | Street # | Name of Street | Apt | |
|---|---|---|---|---|
| | | Mattachee Rd | | Phone / Business |

| Unit | Primary Officer | Dispatch Time | Arrival Time | Cleared Time |
|---|---|---|---|---|
| 8 | Off. T. Hennessey | 19:55 | 20:03 | 20:12 |
| Unit 2 | Back Up #2 | Dispatch Time | Arrival Time | Cleared Time |
| 17 | Off. D. Dickey | 19:55 | 20:03 | 20:12 |
| Unit 3 | Back Up #3 | Dispatch Time | Arrival Time | Cleared Time |
| 22 | Res. Off. R. Holmes | 20:12 | 20:12 | 20:12 |

Notification | Priority 3 | Disposition

**Comments:** Martin Galvin and Dennis Galvin in area intoxicated and making threats to cause damage to property at 45 and 47 Mattachee Road. Martin Galvin taken into PC and Dennis Galvin issued trespass warning.

Arrest Data - Name, Address, Charges

Incident Reference Number: 02673

Zip

Copyright 1997-99 - Innovative Management Consulting, Inc.   Yarmouth Police Department Incident Report # 2001014887

CONFIDENTIAL

Wtby000010