# Republican-American

Thursday, April 18, 2002

$2 weekly home delivered, 50 cents single copy

## SIDE TODAY 5A

UConn's Caron Butler expected to reach for NBA today. Page 1C

## Wilby, Crosby put on notice

### Regional board says standards not being met

**By Randal Edgar**
© 2002 Republican-American

WATERBURY — Two of Waterbury's three public high schools have been placed on probation by the New England Association of Schools and Colleges for failing to maintain standards that are thought to be key in providing a quality secondary education.

The schools, Wilby and Crosby, fell short in varying degrees of the association's standards, with Crosby found lacking in three of seven categories in which high schools are judged and Wilby deficient in all seven.

The concerns at Crosby stem largely from tight budgets that have prevented the school from replacing books and making needed building repairs, while those at Wilby extend to issues of vision and leadership, the result being a school that lacks focus and fails to meet the needs of many students.

Both schools will have to file special progress reports to show that they are addressing their weaknesses — steps that will determine whether the probationary status is lifted or accreditation is completely withdrawn.

"We will monitor them," said Pamela Gray-Bennett, the association's director. "If there are considerable concerns, we just push them to make progress very quickly. Generally speaking, the school is required to demonstrate reasonable progress."

Superintendent David Snead said Wednesday that the schools are addressing the association's concerns on many fronts: by purchasing books and instructional supplies, repairing buildings and updating curriculum, to name a few examples. Wilby also is
Please turn to 6A, REPORT

---

## PAGE ONE

Thursday, April 18, 2002

# REPORT: Wilby fails 7 out of 7 standard categories



Bobby Sanchez / Republican-American

Wilby High School, seen here from nearby its campus on Bucks Hill Road, has been placed on probation. High schools are judged for their curriculum, instruction, methods of assessing of students, leadership and organization, school resources, community resources and their mission and expectation for student learning.

### Continued from Page One

updating its mission statement to eliminate vague language cited by the committee of visiting educators that toured the school last year, he said.

"They've outlined what we need to do and we've already been working on it," Snead said. "Some things have already been fixed."

Established in 1885, the New England Association of Schools and Colleges is the nation's oldest regional accrediting institution, serving some 1,800 public and private schools, colleges and universities.

The association lists 641 member secondary schools — more than 95 percent of those in the six-state region. Twenty-three of those schools are on probation for falling short in at least one category. Wilby is the only one to fall short in all seven.

Gray-Bennett stopped short of saying Wilby is close to losing accreditation, but she called seven an "alarming number."

"There's great pressure on them to make significant progress," she said. "They have a great deal to demonstrate ... Most people don't have as many problems."

The accreditation process has long been used to gauge whether high schools are meeting the needs of students and preparing them to further their education or enter the working world. In rare cases, a school's status can be a factor in whether a student is accepted to a college or university, Gray-Bennett said. The schools are judged for their curriculum, instruction, methods of assessing students, leadership and organization, school resources, community resources, and mission and expectation for student learning.

At Wilby, the association found "significant deficiencies" in all areas, according to a report sent to the school's principal, Martin Galvin.

In Wilby's curriculum, the report noted a "lack of depth and challenge ... for non-college preparatory students," as well as inadequate technology and equipment, a lack of textbooks and a lack of learning standards and course objectives.

In leadership and organization, the report cited a "lack of vision and educational leadership," a perception that teachers are left out of the decision-making process, and a lack of acknowledgment for teacher accomplishments.

Snead initially downplayed Wilby's status when questioned by the Republican-American on Wednesday, saying it is "not unusual" for a school to be deficient in all seven areas. When pressed, however, he said that the school will have to improve, or else. "We're going to do everything from the central office to support them and their leadership, but if they can't get it done, we'll just have to get rid of them and get new leadership up there," he said.

The principal "has taken the lead, and he has taken it seriously," Snead added, "but we've got to get results."

Galvin, whose $108,060 salary made him the city's seventh-highest wage earner during calendar year 2001, could not be reached for comment. Waterbury's schools are on spring break this week.

Crosby, deficient in areas of curriculum, school resources and community resources, appealed its probationary status but learned in February that the appeal had been denied. Recent improvements include computer installations in classrooms and a new budget process that will increase the role of Principal Barbara Carrington, who made $100,700 last year.

Both schools recently developed programs for high-achieving students. Crosby's, called Academic Choice for Excellence, or ACE, opened this school year. Wilby's, called the Advanced Technology of Math and Science, or ATOMS, will start this fall. The programs are modeled on the School of Academic Renown, or SOAR program, at Kennedy, the city's other public high school. Kennedy's accreditation was renewed in April 2000.

Wilby's status was decided just a month after an outside auditor slammed the school department for poor bookkeeping that raised questions about how it spent $13.1 million in state and federal grants. School officials have also faced criticism for being slow to use the $4 million state allocation, which must be spent by June 30.

"It's a serious matter," Mary White, president of the Board of Education, said of the accreditation reports. "We also were surprised to read of the deficiencies."

Board member Patrick Hayes said Crosby's problems should be corrected by the state money, but Wilby, he said, will have to change. "You want to point out the positives for the kids' sake and all, but I feel so frustrated," he said. "They're being cited for seven of seven."

KW0097