KW0091

DEFENDANT'S
EXHIBIT
JAB 2.8.C
11

EXHIBIT 14

# Republican-American

Waterbury · Greater Waterbury

**Wednesday, April 24, 2002**  $2 weekly home delivered, 50 cents single copy

## INSIDE TODAY

**SPAM ALERT!**
Canned cult favorite is a star on diners' festival menus. Page 1D

Computer company moving from Woodbury to bigger site in Waterbury. Page 8D

Marketing for latest 'Star Wars' toys won't be out of this world. Page 8D

Holy Cross batters Torrington in baseball, softball action. Page 5C

# Wilby principal removed

## Snead moves after failure in accreditation; Kennedy leader Azzara to fill role

**By Cindy F. Crawford and Robyn Adams**
© 2002 Republican-American

WATERBURY — A week after Wilby High School failed all seven portions of a regional accreditation process, school officials made several drastic changes.

School officials Tuesday responded to criticism that poor leadership led to the school's failure by announcing the removal of Wilby principal Martin Galvin.

Starting Friday, Wilby's new leader will be Kennedy High's popular principal Anthony "Butch" Azzara.

The shuffling of administrators, affecting two of Waterbury's three high schools, marks the most swift and radical action for the 16,000-student district in recent memory.

"My job as I see it is to steer the ship through the storm and into port. I've got to have everyone rowing in the same direction as hard as I can," Superintendent David Snead said. "I don't have time for resistance and my



Wilby parents and students expressed little reaction to the removal of Wilby's leader for six years. But sparks flew after Kennedy parents and students learned that their well-liked leader is leaving Kennedy to run Wilby.

"We are happy the city is trying to resolve the Wilby issues, but Mr. Azzara is our role model," said Kennedy student Nelson Roman. "Without him running the show, our school possibly couldn't go on."

Please turn to 7A, WILBY

### WILBY HIGH
· a school in crisis

"We need to get Wilby back on track and we don't have a lot of time to get it done."

**David Snead**
Superintendent
Waterbury School

# WILBY: Popular leader at Kennedy to take reins

Continued from Page One

A group of Kennedy students and parents plan to protest the decision during a rally before school today.

Snead defended his decision to move Azzara to Wilby, saying the school needed new leadership. But Snead assured parents that Azzara will return to Kennedy when a new principal has been hired, which should be in July. In the meantime, Assistant Principal Robyn Apicella will run Kennedy.

For Azzara, the change in student population will be slight. About 1,100 teenagers attend Kennedy, while 1,050 go to Wilby.

"We needed to make a move," Snead said. "We need to get Wilby back on track and we don't have a lot of time to get it done."

Last week, Wilby was placed on probation after becoming the only secondary school out of 641 in six states to fail all seven sections of accreditation with the New England Association of Schools and Colleges.

Wilby's problems ranged from funding shortages and poor building maintenance to lacking books, computers and supplies. Wilby also was criticized for having a vague mission statement, a lack of challenging curriculum for students not going to college, no discussion about effective instruction, and poor leadership. Crosby High was also put on probation for falling short in three of the seven categories. No changes at Crosby were announced Tuesday.

The search for a new Wilby principal began Tuesday, when school officials ran an advertisement with the state Department of Education. The closing date for applications is May 13.

Azzara's position at Wilby may be temporary, but Galvin's new job within the school system is not. As of Friday, Galvin will serve as principal of the adult education program, which holds day and night classes for several hundred adults. That position has been vacant for some time.

Snead first informed the Board of Education about his administrative changes during an executive session that followed a workshop Monday night. Mayor Michael J. Jarjura also learned of Snead's decision Monday night.

Reached by phone Tuesday, school board members Kathy Flaherty and Patrick Hayes said they support Snead's decision.

Galvin attended the workshop, but opted not to enter the executive session. He has been unavailable for comment since the probation was announced.

Azzara learned Monday night about the transfer that comes 40 days before the end of school. He was officially told by Snead on Tuesday.

"I would have liked to remain with my school and building because we are so near the end of school," Azzara said. "But I was told by the superintendent that he will give me a lot of latitude for the remainder of the year to work with both staffs. I feel for my colleague Marty and wish he got the opportunity to express what he might do to change things."

Wilby and Kennedy students found out during the school day Tuesday.

Wilby freshman Daniel Sharids said he likes going to Wilby and was surprised the school failed all seven categories. The 14-year-old also said he liked Galvin.

Glenis Vialva, president of the Wilby's Concerned Parents Association, also liked Galvin, but said that a change in leadership could improve morale with teachers and students. Academics must improve at Wilby or there could be a "mass exodus" of students leaving, she said.

Wilby's former principal, Francis Brennan, said Wilby's faculty is strong and should have merited good marks, but weak leadership showed through.

"It's people that make a building run well," Brennan said. "Programs don't love children or create energy and excitement."

As principal just before Galvin, Brennan led Wilby to full accreditation in 1991. The 10-year accreditation process is time consuming, but it's worth it, he said. Students who graduate from a non-accredited school sometimes have difficulty getting into college.

And while it may be close to the end of school, it's not too late to change leadership, said Brennan, who now works as director of Waterbury's University of Connecticut branch.

Kennedy parent Debbie Nabozni heard about the staff changes when her son, Stanley, a freshman, came home from school Tuesday.

Teachers had asked students to get parents to call the Board of Education, she said.

After hearing that Azzara will return to Kennedy, Nabozni let out a sigh of relief.

"He's very fair and the kids really respect him," Nabozni said.

Bringing Azzara into Wilby should help the school repair its accreditation status, Snead said. Azzara is familiar with the accreditation process and successfully got through it at Kennedy several years ago.

Azzara will receive central office support and a third assistant principal will be hired at Wilby, Snead said. Azzara will recommend someone to fill that position, Snead said.

Over the next few days, Azzara plans to meet with Galvin, the staff at Wilby and committees at the New England Association of Schools and Colleges to follow up on the report.

Schools on probation have until Nov. 30 to show improvement by filing progress reports. Then the accreditation association could lift the probationary status or withdraw accreditation all together.

> Schools on probation have until Nov. 30 to show improvement by filing progress reports. Then the accreditation association could lift the probationary status or withdraw accreditation all together.