To:     Dr. David Snead

From:   Dr. Martin Galvin

Date:   May 8, 2002

Re:     April 24, 2002 Telephone Conversation



RECEIVED MAY 14 2002 SUPERINTENDENT'S OFFICE

    On April 24, 2002, I called you to inquire if you had received a decision from Ms. Cynthia Galvin regarding her decision / choice to continue working at the Adult Education location where you had involuntarily transferred me as Principal on April 22, 2002. We had discussed several times by telephone this difficult personnel situation, and I was scheduled to report to Adult Education on April 26, 2002.

    Unfortunately, Ms. Galvin had not given you a definite answer. I told you that I was hearing that I would be entering a hostile environment from the viewpoints of both staff and students. The staff was upset you were trying to force her to move to another location. Both of us knew you gave her the option of moving. I even questioned why a non-certified, non-contracted teacher was given this option when Mr. Azzara and I were both ordered with no options. I certainly appreciated your sensitivity with my problem. However, I informed you that the students, led by Thomas Roach, a former Wilby High School student, were circulating a petition against my being assigned to Adult Education. A newspaper article confirmed my information on April 27, 2002 regarding the "loser principal." You responded by not responding.

    I then took the opportunity to plead my case. I asked you why my transfer had to be conducted in such a negative fashion, which implied to the public that I was not competent. I even stated that if you had approached me with your opinion that I was the cause of Wilby High School's accreditation problems and that my transfer was necessary at the end of the school year, I may have accepted your opinion and gone quietly to my new assignment or resigned/retired from the district. Again, you gave no response.

    I then asked whose idea it was to transfer me in this manner. You stated that in the executive session of the Board of Education meeting on April 22, 2002, you had presented several options to the Board. They chose to transfer me to Adult Education. I questioned what the other options were. You only shared one other option that involved the Enlightenment School. You made it very clear that the decision to transfer me from Wilby High School to Adult Education was one option of many that you presented to the Board. The Board chose to transfer me to Adult education.

    We closed our conversation, agreeing that I should send a special report to NEASC, covering the progress that I and my Follow-Up Committee had been discussing about the recommendations for an action plan to resolve issues for the October, 2002 special report.

    If you disagree with any of my recollection of our conversation, please feel free to offer your version.

Cc    Mr. Matthew Larkin, President of SAW
       File



# Waterbury Public Schools
### 236 Grand St., Waterbury, Ct. 06702
### (203)574-8004 Fax (203)574-8010

**David L. Snead, Ph.D**
**Superintendent**

DATE:       May 20, 2002

TO:         Martin Galvin, Ed.D.,
            Principal, Adult Education

FROM:       David L. Snead, Ph.D.,
            Superintendent of Schools

SUBJECT:    Statement of reasons for your involuntary transfer from Principal, Wilby High School to Principal, Adult Education.

This memorandum responds to your memo dated April 29, 2002 requesting a written statement of the reasons for the implementation of the above-referenced transfer. My decision to transfer you was made for the best interests of the school system. In light of the recent report of the New England association of Schools and Colleges, it has become evident to me that a change in leadership was necessary at Wilby High School.

The NEASC reports describes the following concerning the leadership and organization of Wilby High School:

1. Lack of vision and leadership at the school.
2. Teachers' perception that they are left out of the decision-making process.
3. Lack of regularly scheduled faculty meetings.
4. The length of time that it takes to resolve student scheduling conflict.
5. Lack of teacher collaboration across departments.
6. Lack of acknowledgement of teacher's accomplishments.

I recognize that many other deficiencies were cited in the NEASC report that may not be directly related to the school's leadership.

Nonetheless, I share some of these same concerns about Wilby High School's leadership and I feel your skills are better suited to the Adult Education Program, which has been without a permanent principal for over a year.