# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

April 3, 2006

Honorable Richard G. Stearns
United States District Court
One Courthouse Way
Boston, MA 02210

      RE: Galvin v. Town of Yarmouth, et al
            Docket No.: 04-11958-RGS

Your Honor:

     I am responsible for a number of clerical errors in the citation and attachment of the exhibits to the Defendants' Motion for Summary Judgment. In order to correct those errors, I herewith submit supplementing documents. These are intended to correct errors in the exhibits cited in the Concise Statement of Undisputed Material Facts. The documents are the following:

1. From the deposition of Plaintiff Martin Galvin (tab 2): pages 229 – 231.

2. From the deposition of Dr. David Snead (tab 4): Cover page; pages 48 – 51; 64 – 66; 71; 79.

3. From the Galvin v. Galvin transcript (tab 5): Cover page.

     I apologize for any inconvenience this may have caused the Court.

                               Sincerely,

                               /s/ Thomas P. Campbell

                               Thomas P. Campbell

TPC/gs
Enclosures
cc:    Matthew P. Zayotti, Esq.