# SUPPLEMENT TO EXHIBIT 2

| | | |
|---|---|---|
| 1 | Q. | What other positions would you have applied |
| 2 | | for? |
| 3 | A. | I could have went after principalships. |
| 4 | | There's a lot of openings every year. I was |
| 5 | | an assistant superintendent. I could have |
| 6 | | went after some of them. |
| 7 | Q. | In Waterbury? |
| 8 | A. | No. |
| 9 | Q. | Other towns? |
| 10 | A. | Other towns. |
| 11 | Q. | Well, did you ever apply for any of those |
| 12 | | jobs? |
| 13 | A. | After the transfer out of Wilby, I made some |
| 14 | | inquiries and they didn't pan out. |
| 15 | Q. | So you've never actually applied for a new |
| 16 | | job? |
| 17 | A. | No. I would say I applied for an assistant |
| 18 | | superintendency. I would have to pull that |
| 19 | | out. |
| 20 | Q. | Where was that? |
| 21 | A. | It was upper state Connecticut. The town, |
| 22 | | small town. |
| 23 | Q. | Do you remember the name of the town? |
| 24 | A. | No, I don't. |

| | | |
|---|---|---|
| 1 | Q. | Do you remember when it was that you applied? |
| 2 | A. | It was in after the transfer. So it was |
| 3 | | after that April 2002. |
| 4 | Q. | And were you interviewed for the job? |
| 5 | A. | No, I wasn't. |
| 6 | Q. | They chose not to interview you for the |
| 7 | | position? |
| 8 | A. | You would have to ask them. They didn't |
| 9 | | interview me, yeah. |
| 10 | Q. | Did anyone in that department or agency, or |
| 11 | | whatever it is, ever tell you why you had not |
| 12 | | been hired for the job? |
| 13 | A. | No. |
| 14 | Q. | Do you know who made the decision not to |
| 15 | | interview you and not to hire you? |
| 16 | A. | No, I don't. I didn't pursue it to the point |
| 17 | | where I was saying okay, but, I'll tell you, |
| 18 | | I have a heck of a fear of where that thing |
| 19 | | went and how it's being used. |
| 20 | Q. | Well, what I'm getting at is, what jobs have |
| 21 | | you actually applied for? Have there been |
| 22 | | any other jobs? |
| 23 | A. | No. |
| 24 | Q. | Other than this unknown town? |

| | | |
|---|---|---|
| 1 | A. | No. I think I gave up. |
| 2 | Q. | So there was the one application for this |
| 3 | | small town in upstate Connecticut. Nothing |
| 4 | | else? |
| 5 | A. | That I can remember. |
| 6 | Q. | Do you have a file anywhere that would |
| 7 | | contain records about what jobs you sought? |
| 8 | A. | I don't know if I kept that. |
| 9 | Q. | Has anyone ever told you in response to an |
| 10 | | inquiry that they would not hire you? |
| 11 | A. | No. |
| 12 | Q. | What other forms of lost future earnings have |
| 13 | | you suffered? |
| 14 | A. | I don't know. You're talking about future. |
| 15 | Q. | Let me withdraw the question and ask |
| 16 | | something else. Did you have any reason to |
| 17 | | believe that the upstate Connecticut school |
| 18 | | department was aware of the Yarmouth Police |
| 19 | | incident? |
| 20 | A. | No. |
| 21 | Q. | What other forms of lost future earnings and |
| 22 | | benefits have you experienced? |
| 23 | A. | Have I experienced so far? |
| 24 | Q. | Well, will you experience. You're alleging |