# SUPPLEMENT TO EXHIBIT 5

```
CASE NO: FA00-0158162          :    SUPERIOR COURT

CYNTHIA GALVIN                 :    JUDICIAL DISTRICT
                               :    OF WATERBURY
V.                             :
                               :    AT WATERBURY
MARTIN GALVIN                  :
                               :    JULY 20, 2001
- - - - - - - - - - - - - - - -X
```

BEFORE:            HONORABLE ROMEO PETRONI, JUDGE


PRESENT:           ATTORNEY DANIEL MAHANEY
                   Representing the Plaintiff

                   ATTORNEY ARNOLD POTASH
                   Representing the Defendant




                                        Susan Marie Day
                                        Court Recording Monitor