UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11958-RGS

MARTIN J. GALVIN, JR. ED.D., )
    Plaintiff )
)
v. )
)
THE TOWN OF YARMOUTH, )
PETER L. CARNES AND STEVEN XIARHOS, )
    Defendants. )

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The defendants hereby oppose the Plaintiff's Motion for Summary Judgment.

In support of this Opposition, the defendants rely upon and incorporate their own Motion for Summary Judgment, with its supporting Statement of Undisputed Material Facts, Memorandum of Law and exhibits. As demonstrated by the defendant's Motion, the plaintiff has failed to show that he is entitled to judgment as a matter of law.

Wherefore, the Plaintiff's Motion for Summary Judgment should be denied.

Respectfully submitted,
The defendants,
By their attorneys,

    /s/ Thomas P. Campbell
Thomas P. Campbell BBO #564124
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Dated: April 3, 2006