UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11958-RGS

MARTIN J. GALVIN, JR., ED.D.,

Plaintiff,

vs.

THE TOWN OF YARMOUTH, PETER L. CARNES AND STEVEN XIARHOS,

Defendants.

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Martin J. Galvin, Jr., Ed.D., hereby opposes the Defendants' Motion for Summary Judgment. In support of this opposition, the Plaintiff states that for the reasons set forth in Plaintiff's Motion for Summary Judgment, Memorandum of Law in support thereof, which the Plaintiff incorporates herein by reference, the Defendants have failed to establish that they are entitled to judgment as a matter of law.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court deny the Defendants' motion for summary judgment.

MARTIN J. GALVIN, JR., ED.D.

By his attorney,

_/s/ Matthew P. Zayotti_
Matthew P. Zayotti, BBO #638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: April 14, 2006

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed thought the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 14, 2006.

_/s/ Matthew P. Zayotti_