## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

MARTIN J. GALVIN, JR.

V.                              CIVIL ACTION NO. 04-11958-RGS

TOWN OF YARMOUTH, ET AL

# J U D G M E N T

STEARNS, DJ.                                        JANUARY 24, 2007

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT ENTERED ON JANUARY 23, 2007,

IT IS HEREBY ORDERED:   JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANTS, TOWN OF YARMOUTH, CHIEF PETER CARNES AND LIEUTENANT STEVEN XIARHOS.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
Deputy Clerk